Appeal Dismissed and Opinion Filed December 11, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-00795-CV

## HILL PROFESSIONAL SERVICES, LLC, Appellant

## V.

## TEKSYSTEMS, Appellee

On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-02185-2008

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy

Before the Court is the parties' joint stipulated motion to dismiss the appeal.

This Court hereby grants the motion to dismiss and orders the appeal dismissed and that this decision be certified below for observance. *See* TEX. R. APP. P. 42.1(a).


PER CURIAM

110795F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HILL PROFESSIONAL SERVICES,
LLC, Appellant

No. 05-11-00795-CV

TEKSYSTEMS, Appellee

Appeal from the 429th Judicial District
Court of Collin County, Texas (Trial Court
No. 429-02185-2008).
Opinion delivered by Justice Bridges,
Justices O'Neill and Murphy participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal. It is **ORDERED** that each party shall bear its costs of this appeal.

Judgment entered December 11, 2012.


DAVID L. BRIDGES
JUSTICE